**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA BARRAZA,<br><br>    Plaintiff,<br><br>    vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 - 50<br><br>    Defendant. | Case No.:   CV 20-5212-GW-PVCx<br><br>**ORDER RE: DISMISSAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court having reviewed the Stipulation to Dismiss following the settlement of all claims by the parties, hereby orders as follows:

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the entire action be dismissed with prejudice pursuant to a settlement agreement among the parties. The parties are to bear their own costs.

DATED: January 18, 2022

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

1
[PROPOSED] ORDER RE: DISMISSAL